U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

AUG 2 1 2019

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. |
| | * | 18 U.S.C. § 656 |
| VERSUS | * | |
| | * | 6:19-CR-00246-01 |
| | * | Judge Juneau |
| SHANA BROUSSARD | * | Magistrate Judge Whitehurst |

**INDICTMENT**

THE GRAND JURY CHARGES:

**COUNT 1**

**Bank Theft, Embezzlement, or Misapplication
by a Bank Officer or Employee
[18 U.S.C. § 656]**

Beginning on or about June 15, 2018, and continuing to on or about October 12, 2018, in the Western District of Louisiana, the defendant, SHANA BROUSSARD, being an employee of JPMorgan Chase & Co. Bank, a bank the deposits of which were insured by the Federal Deposit Insurance Corporation, with the intent to injure and defraud JPMorgan Chase & Co. Bank, did knowingly and willfully embezzle, abstract, purloin, and misapply the sum of approximately $70,529.00 of the moneys, funds, credits, assets, and securities belonging to and entrusted to the custody and care of JPMorgan Chase & Co. Bank, in that the defendant, SHANA BROUSSARD, removed money and funds from an account controlled by a client of JPMorgan Chase & Co. Bank, identified by the initials of C.J.S. and by an account number ending in

"6204," without authorization or permission, and applied said funds for her personal use, all in violation of Title 18, United States Code, Section 656. [18 U.S.C. § 656].

A TRUE BILL:

__REDACTED__
GRAND JURY FOREPERSON

DAVID C. JOSEPH
United States Attorney

_____
J. DANIEL SIEFKER, JR., LA Bar No. 34764
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6618